AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Garza, Carmen E. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>07/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>100 N. Church St.<br>Las Cruces, NM 88001 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Carmen E. Garza, Keogh Retirement Plan |
| 2. 2013 | Carmen E. Garza, Simplified Employee Pension |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | M & T Bank | Mortgage on rental property | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fort Bliss Federal Credit Union accounts | A | Interest | K | T | | | | | |
| 2. First American (formerly First National) Bank accounts | | None | L | T | | | | | |
| 3. Rental property #1, Las Cruces, NM purchase 2000-$125,000 | E | Rent | M | W | | | | | |
| 4. Rental property #2 in Las Cruces, NM purchase 2008 240,000 | D | Rent | M | W | | | | | |
| 5. Time share property #1, San Diego, Ca. purchase 1998 $4000 | | None | | | Sold | 07/22/13 | J | | |
| 6. Time share property #2, San Diego, Ca purchase 2005 $5000 | | None | J | W | | | | | |
| 7. Acacia Resh Acacia Tech | | None | | | Sold | 07/11/13 | J | | |
| 8. Alliance Data | | None | | | Buy | 03/28/13 | J | | |
| 9. Alliance Data | D | Dividend | | | Sold | 11/18/13 | J | | |
| 10. Alps Trust | | None | | | Buy | 04/09/13 | J | | |
| 11. Alps Trust | | None | | | Sold | 11/18/13 | J | | |
| 12. AMT | | None | | | Buy | 03/19/13 | K | | |
| 13. AMT | | None | | | Sold | 08/12/13 | K | | |
| 14. Ansys Inc. | C | Dividend | | | Sold | 11/18/13 | K | | |
| 15. Baidu Inc Adr | | None | | | Sold | 11/18/13 | J | | |
| 16. C.H. Robinson Worldwide | | None | | | Buy (add'l) | 02/06/13 | J | | |
| 17. C.H. Robinson Worldwide | | None | | | Sold | 07/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Systems | | None | | | Buy | 05/30/13 | J | | |
| 19. Cisco Systems | | None | | | Sold | 11/18/13 | J | | |
| 20. Core Laboratories Nvshs | | None | | | Sold (part) | 02/27/13 | J | | |
| 21. Core Laboratories Nvshs | D | Dividend | | | Sold | 11/18/13 | K | | |
| 22. Express Scripts ,Inc. | | None | | | Sold (part) | 04/30/13 | J | | |
| 23. Express Scripts Inc. | C | Dividend | | | Sold | 11/18/13 | K | | |
| 24. Factset Research Sys Inc. | | None | | | Buy (add'l) | 04/11/13 | J | | |
| 25. Factset Research Sys Inc. | C | Dividend | | | Sold | 11/18/13 | K | | |
| 26. Franklin Invest. Serv. | A | Dividend | L | T | Buy | 11/18/13 | L | | |
| 27. Franklin Rising | A | Dividend | K | T | Buy | 11/18/13 | K | | |
| 28. Franklin Strategic | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 29. Franklin Templeton | A | Dividend | L | T | Buy | 11/18/13 | L | | |
| 30. Gartner Inc. Com (IT) | B | Dividend | | | Sold | 05/02/13 | J | | |
| 31. Henry Jack | | None | | | Buy | 10/10/13 | K | | |
| 32. Henry Jack | B | Dividend | | | Sold | 01/18/13 | K | | |
| 33. Idexx Labs Corp. stock | C | Dividend | | | Sold | 11/18/13 | K | | |
| 34. Ihs Inc. | C | Dividend | | | Sold | 11/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intuitive Surgical Inc. | | None | | | Sold | 11/18/13 | J | | |
| 36. IShares Russell Midcap | | None | | | Buy | 01/07/13 | K | | |
| 37. IShares Russell Midcap | | None | | | Buy (add'l) | 02/06/13 | J | | |
| 38. IShares Russell Midcap | B | Dividend | | | Sold | 03/19/13 | K | | |
| 39. Mastercard, Inc. stock | | None | | | Sold (part) | 07/17/13 | J | | |
| 40. Mastercard, Inc. stock | D | Dividend | | | Sold | 11/18/13 | K | | |
| 41. Marketaxess Holdings | | None | | | Buy | 08/09/13 | J | | |
| 42. Marketaxess Holdings | C | Dividend | | | Sold | 11/18/13 | K | | |
| 43. McDonalds | B | Dividend | | | Sold | 04/09/13 | K | | |
| 44. Micros Corporation Stock | C | Dividend | | | Sold | 11/18/13 | K | | |
| 45. Mutual Global Disc. | A | Dividend | K | T | Buy | 11/18/13 | K | | |
| 46. Open Table | D | Dividend | | | Sold | 11/18/13 | K | | |
| 47. Portfolio Recovery | | None | | | Buy | 08/09/13 | J | | |
| 48. Portfolio Recovery | A | Dividend | | | Sold | 11/18/13 | J | | |
| 49. Stericycle, Inc. stock | | None | | | Sold (part) | 04/11/13 | J | | |
| 50. Stericycle, Inc. stock | C | Dividend | | | Sold | 11/18/13 | K | | |
| 51. T Rowe Price Group stock | | None | | | Buy | 09/10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T Rowe Price Group stock | B | Dividend | | | Sold | 11/18/13 | K | | |
| 53. Templeton Foreign | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 54. Templeton Global | A | Dividend | K | T | Buy | 11/18/13 | K | | |
| 55. Templeton Growth | A | Dividend | K | T | Buy | 11/18/13 | K | | |
| 56. UIT First Trust | A | Dividend | L | T | Buy | 11/18/13 | K | | |
| 57. UIT First Trust Capital | A | Dividend | L | T | Buy | 11/18/13 | K | | |
| 58. UIT First Trust Global | A | Dividend | K | T | Buy | 11/18/13 | K | | |
| 59. UIT First Trust International Capital | | None | K | T | Buy | 11/18/13 | K | | |
| 60. Verisk Analytics Inccl A | B | Dividend | | | Sold | 11/18/13 | J | | |
| 61. Visa Inc. Com Cl A | D | Dividend | | | Sold | 11/18/13 | K | | |
| 62. Whole Foods | | None | | | Buy | 08/29/13 | K | | |
| 63. Whole Foods | B | Dividend | | | Sold | 11/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The residential lot that I owned in Las Cruces, New Mexico was deeded to         in March, 2011.    paid me $50,000 during 2013.

| Name of Person Reporting | Date of Report |
|---|---|
| Garza, Carmen E. | 07/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Carmen E. Garza

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544